# EXHIBIT B

**CERTIFICATE OF SERVICE**

I certify that on this date, August 22, 2013 I caused a copy of the foregoing to be served

upon all parties receiving electronic case filing notices and mailed via U.S. Mail to all other

parties not receiving electronic notification:

Accredited Collection Agency Inc.
395 W Passaic Street
Rochell Park, NJ 07662

ACA Recovery
395 W Passaic Street
Rochell Park, NJ 07662

Kelly Grey
395 W Passaic Street
Rochell Park, NJ 07662

s/ Robert Amador
ROBERT AMADOR, ESQ.
Attorney for Plaintiff KIMBERLY LANE
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
R.Amador@centenniallawoffices.com

5