# EXHIBIT C

# ALM RESEARCH

## 2007 NLJ Billing Survey
Copyright © 2008, ALM Properties, Inc., All Rights Reserved

| Fiscal Year | Firm Name | Location | Partner Billing Rate High | Partner Billing Rate Low | Partner Billing Rate Med | Associate Billing Rate High | Associate Billing Rate Low | Associate Billing Rate Med |
|---|---|---|---|---|---|---|---|---|
| 2007 | Roetzel & Andress | Akron, OH | $460 | $210 | $300 | $275 | $110 | $200 |
| 2007 | Fisher & Phillips | Atlanta | | | | | | |
| 2007 | Ford & Harrison | Atlanta | $560 | $325 | | $395 | $210 | |
| 2007 | Kilpatrick Stockton | Atlanta | | | | | | |
| 2007 | Morris, Manning & Martin | Atlanta | $625 | $350 | $395 | $400 | $180 | $310 |
| 2007 | Smith, Gambrell & Russell | Atlanta | $575 | $250 | | $345 | $175 | |
| 2007 | Sutherland Asbill & Brennan | Atlanta | $715 | $375 | $500 | $415 | $215 | $280 |
| 2007 | Troutman Sanders | Atlanta | | | | | | |
| 2007 | Miles & Stockbridge | Baltimore | $535 | $315 | | $405 | $205 | |
| 2007 | Bradley Arant Rose & White | Birmingham, Ala | $520 | $240 | $330 | $280 | $180 | $205 |
| 2007 | Burr & Forman | Birmingham, Ala | $470 | $250 | | $305 | $175 | |
| 2007 | Bingham McCutchen | Boston | | | | | | |
| 2007 | Choate, Hall & Stewart | Boston | | | | | | |
| 2007 | Edwards Angell Palmer & Dodge | Boston | $700 | $350 | $513 | $450 | $170 | $280 |
| 2007 | Foley Hoag | Boston | | | | | | |
| 2007 | Goulston & Storrs | Boston | | | | | | |
| 2007 | Nixon Peabody | Boston | | | | | | |
| 2007 | Sullivan & Worcester | Boston | $700 | $415 | $540 | $420 | $245 | $290 |
| 2007 | Hodgson Russ | Buffalo, NY | $645 | $215 | $350 | $395 | $155 | $205 |
| 2007 | Phillips Lytle | Buffalo, NY | $435 | $245 | $300 | $300 | $140 | $205 |
| 2007 | Moore & Van Allen | Charlotte, NC | $765 | $265 | | $330 | $175 | |
| 2007 | Parker, Poe, Adams & Bernstein | Charlotte, NC | | | | | | |
| 2007 | Miller & Martin | Chattanooga, Tenn | $580 | $230 | $340 | $295 | $160 | $195 |
| 2007 | Bell, Boyd & Lloyd | Chicago | | | | | | |
| 2007 | Brinks Hofer Gilson & Lione | Chicago | $550 | $300 | $465 | $410 | $180 | $250 |
| 2007 | Chapman and Cutler | Chicago | | | | | | |
| 2007 | DLA Piper US | Chicago | | | | | | |
| 2007 | Hinshaw & Culbertson | Chicago | | | | | | |
| 2007 | Jenner & Block LLP | Chicago | $900 | $450 | $525 | $425 | $275 | $325 |
| 2007 | Kirkland & Ellis | Chicago | | | | | | |
| 2007 | LeBoeuf, Lamb, Greene & MacRae | Chicago | | | | | | |
| 2007 | Lord, Bissell & Brook | Chicago | $690 | $335 | $475 | $410 | $200 | $300 |
| 2007 | Mayer, Brown, Rowe & Maw | Chicago | | | | | | |
| 2007 | McDonnell Boehnen | Chicago | | | | | | |
| 2007 | Neal, Gerber & Eisenberg | Chicago | | | | | | |
| 2007 | Schiff Hardin | Chicago | | | | | | |
| 2007 | Vedder, Price, Kaufman & Kammholz | Chicago | $650 | $335 | $425 | $410 | $205 | $370 |
| 2007 | Wildman, Harrold, Allen & Dixon | Chicago | | | | | | |
| 2007 | Winston & Strawn | Chicago | $845 | $400 | $640 | $590 | $200 | $395 |
| 2007 | Dinsmore & Shohl | Cincinnati | $475 | $235 | $340 | $285 | $155 | $190 |
| 2007 | Frost Brown Todd | Cincinnati | $455 | $225 | $295 | $255 | $145 | $170 |
| 2007 | Steptoe & Johnson PLLC | Clarksburg, WVa | $325 | $200 | | $250 | $170 | |
| 2007 | Baker & Hostetler | Cleveland | | | | | | |
| 2007 | Calfee, Halter & Griswold | Cleveland | | | | | | |
| 2007 | Squire, Sanders & Dempsey | Cleveland | | | | | | |
| 2007 | Ulmer & Berne | Cleveland | $470 | $240 | | $290 | $165 | |
| 2007 | Nelson Mullins Riley & Scarborough | Columbia, SC | | | | | | |
| 2007 | Nexsen Pruet Jacobs & Pollard | Columbia, SC | $420 | $220 | | $250 | $150 | |
| 2007 | Vorys, Sater, Seymour and Pease | Columbus, Ohio | | | | | | |
| 2007 | Rutan & Tucker | Costa Mesa, CA | $600 | $335 | | $350 | $210 | |
| 2007 | Plunkett & Cooney | Costa Mesa, Calif | | | | | | |
| 2007 | Gardere Wynne Sewell | Dallas | $715 | $350 | $475 | $425 | $220 | $265 |
| 2007 | Locke, Lord, Bissell & Liddell | Dallas | $900 | $375 | $490 | $390 | $190 | $280 |
| 2007 | Strasburger & Price | Dallas | $560 | $225 | $363 | $395 | $200 | $223 |
| 2007 | Thompson & Knight | Dallas | $730 | $370 | $465 | $370 | $205 | $310 |
| 2007 | Winstead Sechrest & Minick | Dallas | $620 | $345 | | $360 | $180 | |
| 2007 | Brownstein Hyatt Farber Schreck | Denver | $675 | $260 | $390 | $270 | $170 | $218 |
| 2007 | Holland & Hart | Denver | $585 | $275 | $395 | $345 | $165 | $275 |
| 2007 | Holme Roberts & Owen | Denver | $635 | $285 | $410 | $420 | $195 | $265 |
| 2007 | Sherman & Howard | Denver, CO | | | | | | |
| 2007 | Butzel Long | Detroit | $575 | $210 | | $350 | $155 | |
| 2007 | Dickinson Wright | Detroit | $530 | $260 | | $275 | $170 | |
| 2007 | Dykema Gossett | Detroit | $625 | $245 | | $390 | $185 | |
| 2007 | Honigman Miller Schwartz and Cohn | Detroit | | | | | | |
| 2007 | Miller, Canfield, Paddock and Stone, PLC | Detroit | $595 | $265 | $400 | $340 | $160 | $220 |
| 2007 | Day Pitney | Florham Park, NJ | $650 | $350 | $465 | $525 | $210 | $310 |

| Year | Firm | Location | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2007 | Ruden, McClosky, Smith, Schuster & Russell, PA | Fort Lauderdale, Fl | | | | | | |
| 2007 | Warner Norcross & Judd | Grand Rapids, Mich | | | | | | |
| 2007 | Ogletree, Deakins, Nash, Smoak & Stewart | Greenville, SC | $575 | $270 | | $360 | $200 | |
| 2007 | Robinson & Cole | Hartford, Conn | $575 | $340 | $420 | $325 | $200 | $280 |
| 2007 | Andrews Kurth | Houston | $795 | $400 | | $460 | $210 | |
| 2007 | Bracewell & Giuliani | Houston | | | | | | |
| 2007 | Fulbright & Jaworski | Houston | | | | | | |
| 2007 | Vinson & Elkins | Houston | | | | | | |
| 2007 | Barnes & Thornburg | Indianapolis | $485 | $265 | $355 | $295 | $180 | $220 |
| 2007 | Ice Miller | Indianapolis | | | | | | |
| 2007 | Knobbe, Martens, Olson & Bear | Irvine, Calif | $645 | $340 | | $420 | $215 | |
| 2007 | Lathrop & Gage | Kansas City, MO | $450 | $225 | $300 | $300 | $140 | $185 |
| 2007 | Polsinelli Shalton Welte Suelthaus | Kansas City, MO | $600 | $250 | | $250 | $175 | |
| 2007 | Shook, Hardy & Bacon | Kansas City, Mo | | | | | | |
| 2007 | Shughart Thomson & Kilroy | Kansas City, MO | $475 | $235 | | $225 | $160 | |
| 2007 | Stinson Morrison Hecker | Kansas City, MO | $600 | $230 | $365 | $250 | $175 | $225 |
| 2007 | Allen Matkins Leck Gamble & Mallory | Los Angeles | | | | | | |
| 2007 | Gibson, Dunn & Crutcher | Los Angeles | | | | | | |
| 2007 | Irell & Manella | Los Angeles | | | | | | |
| 2007 | Lewis Brisbois Bisgaard & Smith | Los Angeles | | | | | | |
| 2007 | Loeb & Loeb | Los Angeles | $675 | $425 | $600 | $500 | $240 | $400 |
| 2007 | Manatt, Phelps & Phillips | Los Angeles | $785 | $520 | $590 | $480 | $265 | $415 |
| 2007 | Munger, Tolles & Olson | Los Angeles | | | | | | |
| 2007 | O'Melveny & Myers | Los Angeles | | | | | | |
| 2007 | Paul, Hastings, Janofsky & Walker | Los Angeles | | | | | | |
| 2007 | Sheppard, Mullin, Richter & Hampton | Los Angeles | $795 | $425 | | $550 | $260 | |
| 2007 | Greenebaum Doll & McDonald | Louisville, Ky | | | | | | |
| 2007 | Stites & Harbison | Louisville, Ky | | | | | | |
| 2007 | Wyatt, Tarrant & Combs | Louisville, Ky | | | | | | |
| 2007 | Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, Tenn | $525 | $230 | $320 | $315 | $160 | $200 |
| 2007 | Akerman Senterfitt | Miami | | | | | | |
| 2007 | Foley & Lardner | Milwaukee | $855 | | $550 | | $185 | $375 |
| 2007 | Michael Best & Friedrich | Milwaukee | $550 | $225 | $350 | $300 | $185 | $235 |
| 2007 | Quarles & Brady | Milwaukee | $575 | $260 | $375 | $335 | $185 | $235 |
| 2007 | Reinhart Boerner Van Deuren sc | Milwaukee | | | | | | |
| 2007 | Briggs and Morgan | Minneapolis | $500 | $250 | $395 | $325 | $195 | $230 |
| 2007 | Dorsey & Whitney | Minneapolis | $750 | $220 | $463 | $470 | $145 | $260 |
| 2007 | Faegre & Benson | Minneapolis | | | | | | |
| 2007 | Leonard, Street and Deinard | Minneapolis | $500 | $300 | | $300 | $185 | |
| 2007 | Lindquist & Vennum | Minneapolis | $500 | $260 | | $260 | $165 | |
| 2007 | Bowman and Brooke | Minneapolis, MN | | | | | | |
| 2007 | Gray, Plant, Mooty, Mooty & Bennett, PA | Minneapolis, MN | | | | | | |
| 2007 | McElroy Deutsch, Mulvaney & Carpenter | Morristown, NJ | $450 | $295 | $235 | $225 | $135 | $165 |
| 2007 | Fenwick & West | Mountain View, Calif | $775 | $500 | $600 | $500 | $245 | $370 |
| 2007 | Bass, Berry & Sims PLC | Nashville, Tenn | $575 | $300 | | $285 | $180 | |
| 2007 | Wiggin and Dana | New Haven, CT | $590 | $295 | | $350 | $195 | |
| 2007 | Adams and Reese | New Orleans | $500 | $225 | $300 | $255 | $165 | $197 |
| 2007 | Jones, Walker, Waechter, Poitevent, Carrere & Denegre | New Orleans | $600 | $210 | | $225 | $150 | |
| 2007 | Phelps Dunbar | New Orleans | $460 | $170 | | $205 | $130 | $175 |
| 2007 | Cadwalader, Wickersham & Taft | New York | | | | | | |
| 2007 | Cahill Gordon & Reindel | New York | | | | | | |
| 2007 | Chadbourne & Parke | New York | | | | | | |
| 2007 | Cleary Gottlieb Steen & Hamilton | New York | | | | | | |
| 2007 | Cravath, Swaine & Moore | New York | | | | | | |
| 2007 | Curtis, Mallet-Prevost, Colt & Mosle | New York | $735 | $635 | $685 | $560 | $280 | $360 |
| 2007 | Davis Polk & Wardwell | New York | | | | | | |
| 2007 | Debevoise & Plimpton LLP | New York | | | | | | |
| 2007 | Dewey & LeBoeuf | New York | | | | | | |
| 2007 | Epstein Becker & Green | New York | $675 | $280 | $475 | $440 | $155 | $280 |
| 2007 | Fried, Frank, Harris, Shriver & Jacobson | New York | | | | | | |
| 2007 | Greenberg Traurig, PA | New York | $850 | $300 | $500 | $505 | $175 | $310 |
| 2007 | Hughes Hubbard & Reed | New York | $825 | $595 | | $560 | $240 | |
| 2007 | Kaye Scholer | New York | | | | | | |
| 2007 | Kelley Drye & Warren | New York | $600 | $400 | | $500 | $255 | |
| 2007 | Kenyon & Kenyon | New York | | | | | | |
| 2007 | Kramer Levin Naftalis & Frankel | New York | | | | | | |
| 2007 | McKee Nelson | New York | $920 | $635 | $755 | $595 | $375 | $455 |
| 2007 | Paul, Weiss, Rifkind, Wharton & Garrison | New York | | | | | | |
| 2007 | Pillsbury Winthrop Shaw Pittman | New York | | | | | | |
| 2007 | Schulte Roth & Zabel | New York | $850 | $650 | $745 | $585 | $235 | $440 |
| 2007 | Seward & Kissel | New York | | | | | | |
| 2007 | Shearman & Sterling | New York | | | | | | |
| 2007 | Simpson Thacher & Bartlett | New York | | | | | | |
| 2007 | Stroock & Stroock & Lavan | New York | | | | | | |
| 2007 | Sullivan & Cromwell | New York | | | | | | |

| Year | Firm | Location | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2007 | Thacher Proffitt & Wood | New York | $705 | $525 | $700 | $495 | $275 | $365 |
| 2007 | Thelen | New York | | | | | | |
| 2007 | Wachtell, Lipton, Rosen & Katz | New York | | | | | | |
| 2007 | Weil, Gotshal & Manges | New York | | | | | | |
| 2007 | Willkie Farr & Gallagher | New York | | | | | | |
| 2007 | Gibbons PC | Newark, NJ | | | | | | |
| 2007 | McCarter & English LLP | Newark, NJ | $650 | $325 | | $395 | $205 | |
| 2007 | Sills Cummis Epstein & Gross | Newark, NJ | $650 | $350 | | $375 | $195 | |
| 2007 | Broad and Cassel | Orlando, Fl | $450 | $250 | $360 | $310 | $165 | $225 |
| 2007 | GrayRobinson, PA | Orlando, Fla | $500 | $175 | | $250 | $250 | |
| 2007 | Cooley Godward Kronish | Palo Alto, CL | $875 | $470 | | $555 | $250 | |
| 2007 | Ballard Spahr Andrews & Ingersoll | Philadelphia | | | | | | |
| 2007 | Cozen O'Connor | Philadelphia | $760 | $230 | $425 | $530 | $155 | $280 |
| 2007 | Drinker Biddle & Reath | Philadelphia | | | | | | |
| 2007 | Duane Morris | Philadelphia | $705 | $315 | $470 | $465 | $150 | $305 |
| 2007 | Fox Rothschild | Philadelphia | $595 | $240 | | $440 | $190 | |
| 2007 | Marshall, Dennehey, Warner, Coleman & Goggin | Philadelphia | $400 | $135 | | $300 | $120 | |
| 2007 | Montgomery, McCracken, Walker & Rhoads | Philadelphia | $575 | $320 | | $320 | $195 | |
| 2007 | Morgan, Lewis & Bockius | Philadelphia | $850 | $375 | | $575 | $200 | |
| 2007 | Pepper Hamilton | Philadelphia | $750 | $335 | | $425 | $200 | |
| 2007 | Saul Ewing | Philadelphia | $750 | $315 | $415 | $465 | $180 | $255 |
| 2007 | Schnader Harrison Segal & Lewis | Philadelphia | $750 | $240 | | $385 | $175 | |
| 2007 | White and Williams | Philadelphia | | | | | | |
| 2007 | Wolf, Block, Schorr and Solis-Cohen | Philadelphia | | | | | | |
| 2007 | Lewis and Roca | Phoenix | | | | | | |
| 2007 | Snell & Wilmer | Phoenix | $675 | $275 | | $390 | $170 | |
| 2007 | Buchanan Ingersoll & Rooney | Pittsburgh | $750 | $320 | | $460 | $150 | |
| 2007 | Kirkpatrick & Lockhart Preston Gates Ellis LLP | Pittsburgh | | | | | | |
| 2007 | Reed Smith | Pittsburgh | $625 | $350 | $525 | $510 | $200 | $350 |
| 2007 | Bullivant Houser Bailey | Portland, Ore | $500 | $225 | $275 | $350 | $150 | $220 |
| 2007 | Stoel Rives | Portland, Ore | $500 | $275 | $375 | $350 | $160 | $230 |
| 2007 | Stevens & Lee | Reading, PA | | | | | | |
| 2007 | Hunton & Williams | Richmond, VA | | | | | | |
| 2007 | LeClair Ryan | Richmond, VA | | | | | | |
| 2007 | McGuireWoods | Richmond, Va | | | | | | |
| 2007 | Williams Mullen | Richmond, VA | $600 | $300 | | $425 | $205 | |
| 2007 | Best Best & Krieger | Riverside, Calif | $495 | $290 | $390 | $350 | $160 | $235 |
| 2007 | Harris Beach | Rochester, NY | $475 | $250 | | $275 | $140 | |
| 2007 | Lowenstein Sandler | Roseland, NJ | $725 | $380 | | $395 | $205 | |
| 2007 | Luce, Forward, Hamilton & Scripps | San Diego | $725 | $325 | $475 | $450 | $220 | $280 |
| 2007 | Gordon & Rees | San Francisco | | | | | | |
| 2007 | Heller Ehrman | San Francisco | | | | | | |
| 2007 | Howard, Rice, Nemerovski, Canady, Falk & Rabkin | San Francisco | $775 | $495 | | $485 | $275 | |
| 2007 | Littler Mendelson | San Francisco | | | | | | |
| 2007 | Morrison & Foerster | San Francisco | | | | | | |
| 2007 | Sedgwick, Detert, Moran & Arnold LLP | San Francisco | | | | | | |
| 2007 | Townsend and Townsend and Crew | San Francisco | | | | | | |
| 2007 | Davis Wright Tremaine | Seattle | $695 | $300 | $423 | $390 | $170 | $250 |
| 2007 | Lane Powell Moss & Miller | Seattle | $515 | $300 | $370 | $300 | $205 | $265 |
| 2007 | Perkins Coie | Seattle | $605 | $205 | | $500 | $145 | |
| 2007 | Armstrong Teasdale | St Louis | $450 | $295 | | $295 | $165 | |
| 2007 | Bryan Cave | St Louis | $695 | $320 | $490 | $495 | $165 | $295 |
| 2007 | Husch & Eppenberger | St Louis | $425 | $190 | $295 | $260 | $130 | $175 |
| 2007 | Lewis, Rice & Fingersh | St Louis | $425 | $240 | | $295 | $130 | |
| 2007 | Thompson Coburn | St Louis | $580 | $265 | | $370 | $170 | |
| 2007 | Bond, Schoeneck & King | Syracuse, NY | $435 | $200 | $295 | $250 | $140 | $175 |
| 2007 | Hiscock & Barclay LLP | Syracuse, NY | $375 | $220 | $280 | $250 | $160 | $180 |
| 2007 | Carlton Fields | Tampa, Fla | $600 | $280 | $405 | $375 | $190 | $245 |
| 2007 | Fowler White Boggs Banker | Tampa, Fla | $500 | $230 | $340 | $325 | $150 | $210 |
| 2007 | Shumaker, Loop & Kendrick | Toledo, Ohio | $465 | $200 | $305 | $360 | $180 | $220 |
| 2007 | Akin Gump Strauss Hauer & Feld | Washington | | | | | | |
| 2007 | Arent Fox | Washington | $675 | $395 | | $440 | $240 | |
| 2007 | Arnold & Porter | Washington | | | | | | |
| 2007 | Covington & Burling | Washington | $800 | $510 | | $525 | $240 | |
| 2007 | Crowell & Moring | Washington | | | | | | |
| 2007 | Dickstein Shapiro Morin & Oshinsky | Washington | $825 | $425 | $550 | $440 | $225 | $360 |
| 2007 | Hogan & Hartson | Washington | $850 | $300 | $590 | $525 | $150 | $370 |
| 2007 | Holland & Knight | Washington | | | | | | |
| 2007 | Howrey | Washington | | | | | | |
| 2007 | Jones Day | Washington | | | | | | |
| 2007 | Patton Boggs | Washington | $920 | $320 | $525 | $520 | $205 | $385 |
| 2007 | Wiley Rein | Washington | | | | | | |
| 2007 | Williams & Connolly | Washington | | | | | | |
| 2007 | Wilmer Cutler Pickering Hale and Dorr | Washington | $1,000 | $475 | | $495 | $215 | |
| 2007 | Jackson Lewis | White Plains, NY | $575 | $235 | | $450 | $210 | |
| 2007 | Womble Carlyle Sandridge & Rice | Winston-Salem, NC | $575 | $290 | $425 | $370 | $195 | $265 |