# EXHIBIT A

**Billing File for Lane v. Accredited Collection Agency, Inc." ( )**

| Task | Staff | Time Expended | Rate | Amount |
|---|---|---|---|---|
| Process initial intake report/send representation agreement/create file. | Paralegal/Staff | 0.70 | $50.00 | $35.00 |
| Communication with client to collect evidence. | Paralegal/Staff | 1.20 | $50.00 | $60.00 |
| Review of initial intake report/client communications. | Attorney | 0.70 | $300.00 | $210.00 |
| Call to defendant to terminate calls to client/make notations/obtained debt info. | Paralegal/Staff | 0.50 | $50.00 | $25.00 |
| Research Defendant/Update file. | Paralegal/Staff | 0.50 | $50.00 | $25.00 |
| Research/identify FDCPA violations/draft demand letter | Attorney | 0.80 | $300.00 | $240.00 |
| Communication with client to confirm violations. | Attorney | 0.75 | $300.00 | $225.00 |
| Research violations/draft demand letter for defendant. | Attorney | 1.30 | $300.00 | $390.00 |
| Addressed envelopes/mailing of demand letter to Defendant/Update client. | Paralegal/Staff | 0.20 | $50.00 | $10.00 |
| Comm. w/client to discuss litigation/status of debt. | Attorney | 0.25 | $300.00 | $75.00 |
| Obtain court information/venue/set up litigation file. | Paralegal/Staff | 0.60 | $50.00 | $30.00 |
| Obtain registered agent, confirm with process server. | Paralegal/Staff | 0.60 | $50.00 | $30.00 |
| Prepare Civil Case Cover Sheet/Summons/Pro Hac Vice documents | Paralegal/Staff | 1.00 | $50.00 | $50.00 |
| Check viability of defendants/draft Complaint. | Attorney | 1.50 | $300.00 | $450.00 |
| Review pleading/file lawsuit and pro hac vice motion. (Local counsel) | Attorney | 1.00 | $300.00 | $300.00 |
| Send case to process server/entered billing/confirmed proof of service. | Paralegal/Staff | 0.50 | $50.00 | $25.00 |
| Communications with U.S. Marshal from 5/6/13 to 8/15/13 to serve def. | Paralegal/Staff | 1.70 | $50.00 | $85.00 |
| Communications with U.S. Marshal to serve def. | Attorney | 0.25 | $50.00 | $75.00 |
| Call with defendant's counsel (settlement discussions)/notate file/inform client. | Attorney | 0.40 | $300.00 | $120.00 |
| Draft Request for Entry of Default. | Paralegal/Staff | 0.40 | $50.00 | $20.00 |
| Review Request for Entry of Default/confirm dates/supporting affidavit | Attorney | 0.70 | $300.00 | $210.00 |
| Draft Dismissal of DOE defendants/update file. | Paralegal/Staff | 0.30 | $50.00 | $15.00 |
| Draft Motion for Default Judgment. | Attorney | 2.50 | $300.00 | $750.00 |
| Draft declarations in support of Default Judgment/Review with client. | Attorney | 0.75 | $300.00 | $225.00 |
| Prepare accompanying exhibits to Request for Default Judgment/mail to Def. | Paralegal/Staff | 0.90 | $50.00 | $45.00 |

| | |
|---|---|
| **Total billing time** | $3,725.00 |

**Costs**

| | |
|---|---|
| Certificate of Standing | $0.00 |
| UPS (Complaint to Court) | $0.00 |
| Filing fee | $0.00 |
| Pro Hac Vice fee | $10.00 |
| Process server | $0.00 |
| Mailing costs | $7.92 |
| **Total costs** | $17.92 |
| **Grand total:** | $3,742.92 |