UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KIMBERLY LANE,

    Plaintiff,

v.                                                                      Case No: 6:13-cv-530-Orl-18GJK

ACCREDITED COLLECTION
AGENCY INC.,

    Defendant.

## ORDER

This cause comes before the Court on Plaintiff's Motion for Entry of Default Judgment and attorney's fees (Doc. No. 31) filed December 30, 2013.

The United States Magistrate Judge has submitted an amended report recommending that the motion be granted in part and denied in part. The Court having reviewed the amended report and recommendation of the magistrate judge, and there being no objections to the report, it is hereby

**ORDERED**

1. That the amended report and recommendation filed April 25, 2014 (Doc. No. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. That the Clerk of the Court enter Judgment on behalf of the plaintiff and against defendant in the amount of $4,475.00, representing $750 in statutory damages and $3,725.00 in attorneys' fees.

3. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Orlando, Florida, this 28th day of April, 2014.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record